ATTORNEY GRIEVANCE COMMISSION    \*    IN THE
OF MARYLAND    \*    COURT OF APPEALS

   \*    OF MARYLAND

     Petitioner    \*

   \*    Misc. Docket AG

v.    \*    No. 26

   \*    September Term, 2017

JOSEPH ROBERT LAUMANN    \*

   \*    In the Circuit Court for

     Respondent    \*    Anne Arundel County

   \*    C-02-CV-17-002781

## ORDER

This matter came before the Court on the Joint Petition of the Attorney Grievance Commission of Maryland and Respondent, Joseph Robert Laumann, to indefinitely suspend the Respondent from the practice of law. The Court having considered the Petition and the record herein, it is this 14th day of May, 2018,

ORDERED, that, effective June 1, 2018, the Respondent, Joseph Robert Laumann, be indefinitely suspended from the practice of law in the State of Maryland for violation of Rule 1.1, 1.2, 1.3, 1.4, 1.5, 1.15(a) and (c), 3.1, 3.3(a)(1), (2), and (4), 3.4, 3.5, 8.1 and 8.4(a) and (d) of the Maryland Lawyers' Rules of Professional Conduct; and it is further

ORDERED, that on June 1, 2018, the Clerk of this Court shall enter a judgment of costs in favor of the Petitioner and against the Respondent in the amount of Two Thousand Sixty-Five Dollars and 78/100 ($2,065.78); and it is further

ORDERED, that the Respondent shall not petition for reinstatement unless and until he has been deemed fit to practice law by a medical provider acceptable to Bar Counsel; and it is further

ORDERED, that, on June 1, 2018, the Clerk of this Court shall remove the name of Joseph Robert Laumann from the register of attorneys in the Court and certify that fact to the

Client Protection Fund of the Bar of Maryland and all Clerks of all Judicial Tribunals in this State in accordance with Maryland Rule 19-736(d).

/s/ Robert N. McDonald
Judge